IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALONZO LEE TAYLOR,

        Plaintiff,

  v.

LINDA CLARKE, et al.,

        Defendants.
                                    /

No. CV-99-4190 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or  heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the above-titled action is hereby DISMISSED without prejudice.

Dated: October 10, 2007

                                                Richard W. Wieking, Clerk

                                                *Tracy Lucero*

                                                By: Tracy Lucero
                                                Deputy Clerk